# UNITED STATES DISTRICT COURT

for the

District of South Carolina

|  |  |
|---|---|
| Clara Lewis Brockington | ) |
| *Plaintiff* | ) |
| v. | ) |
| Mr. Ronald L. Havner, Jr., Public Storage Corporate | ) |
| Office, Danielle Jones, Nathan Batchelor, Public | ) |
| Storage of Florence, South Carolina | ) |
| *Defendant* | ) |

Civil Action No.      4:19-cv-1752-RBH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Chief Judge R. Bryan Harwell, United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   October 9, 2019                                      *CLERK OF COURT*

                                                                s/Debbie Stokes
                                                       *Signature of Clerk or Deputy Clerk*